IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 09-1014-LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY HINRICHS, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on August 19, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 26 U.S.C. § 5872 based upon the defendant's guilty plea entered on August 12, 2009, in which defendant consented to the forfeiture of any interest he had or has in the firearm alleged to be subject to forfeiture under the Forfeiture Allegation of the August 6, 2009, Information;

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for 30 consecutive days beginning August 21, 2009, and continuing through September 19, 2009, of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearm and ammunition included in the Preliminary Order of Forfeiture entered on August 19, 2009.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.      That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      That the following property belonging to defendant Jeffrey Hinrichs who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> **a Winchester 20 gauge shotgun, Model 840, with serial number CE66921, which has an approximate barrel length of 15½ inches and is approximately 20⅜ inches in overall length and 1 round of .20 caliber Federal ammunition seized from defendant on or about January 14, 2009, in Guttenberg, Iowa.**

3.      That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearm and ammunition identified in paragraph 2 of this Order.

4.      That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5.     That the Clerk of the Court shall forward one certified copy of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

**DATED** this 24 day of October , 2009.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA